*E-Filed 6/26/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA M. CAGE, | No. C 13-2805 RS (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| JEAN ROY, | |
| Respondent. | |

This federal habeas action, in which petitioner challenges convictions she suffered in the Riverside County Superior Court, is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: June 26, 2013

RICHARD SEEBORG
United States District Judge

No. C 13-2805 RS (PR)
ORDER OF TRANSFER